UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO ALBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-941 CAS |
| ) | |
| LAURENT JAVOIS and ) | |
| KIM FIELDS, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL
### PURSUANT TO
### 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>19th</u> day of October, 2006.